1

2

3

4                                                        **JS-6**

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No. 2:21-cv-03616-MCS-PVC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SBD MANAGEMENT, INC., a California Corporation; NEW GARDENA HOTEL, INC., a California Corporation; and Does 1–10, | |
| Defendants. | |

     Pursuant to the Court's Order Re: Motion to Dismiss, it is ORDERED, ADJUDGED, AND DECREED that Plaintiff Orlando Garcia's claim under the Americans with Disabilities Act of 1990 is dismissed with prejudice. Plaintiff's claim under the California Unruh Civil Rights Act is dismissed without prejudice. Plaintiff shall take nothing from this action. The case is dismissed.

**IT IS SO ORDERED.**

Dated: December 10, 2021

                                         _____

                                         MARK C. SCARSI
                                         UNITED STATES DISTRICT JUDGE